LAWRENCE E. SKIDMORE, CSB # 137587
lskidmore@asilaw.org
KATHLEEN C. LYON, CSB #236224
klyon@asilaw.org
JOSHUAH D. KERBY, CSB #324182
jkerby@asilaw.org
ARONOWITZ SKIDMORE LYON
A Professional Law Corporation
200 Auburn Folsom Road, Suite 305
Auburn, California 95603
Telephone: (530) 823-9736
Fax: (530) 823-5241

Attorneys for ClipperCreek, Inc.

# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIPPERCREEK, INC. a California corporation<br><br>Plaintiff,<br><br>v.<br><br>INTELLIGRATED SYSTEMS, LLC, a Delaware limited liability; HONEYWELL INTERNATIONAL, INC., a Delaware corporation, DEPOSCO, Inc., a Georgia corporation, and DOES 1 through 50, inclusive<br><br>Defendants. | Civil Action No.: 2:19-cv-01341-WBS-KJN<br><br>**ORDER ON STIPULATION TO CONTINUE HEARING** |

**IT IS SO ORDER THAT**

The court having considered the parties' stipulation to continue the hearings on Defendants Intelligrated and Honeywell's Motion to Dismiss Plaintiff's Complaint and Defendant Deposco's Motion to Dismiss Pursuant to Federal Rule 12(B)(6) and 12(B)(3) or, in the Alternative, Motion to Transfer Venue Pursuant To 28 U.S.C. §1404(A) and good cause appearing therefore,

**IT IS ORDERED** that the hearings are continued to **November 18, 2019 at 1:30 p.m**. in Courtroom 5 in the above referenced court.

Dated: October 4, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[proposed] Order to Continue Hearing