**DYKEMA GOSSETT LLP**
Ashley R. Fickel (SBN 237111)
*AFickel@dykema.com*
Hakop Stepanyan (SBN 296782)
*HStepanyan@dykema.com*
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendants
Intelligrated Systems, LLC and Honeywell
International, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIPPERCREEK, INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>INTELLIGRATED SYSTEMS, LLC, a Delaware limited liability; HONEYWELL INTERNATIONAL, INC., a Delaware corporation, DEPOSCO, Inc., a Georgia corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01341-WBS-KJN<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER** |

1
STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT;
[PROPOSED] ORDER

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

Plaintiff ClipperCreek, Inc. ("CCI") and Defendants Intelligrated Systems, LLC ("Intelligrated"), Honeywell International, Inc. ("Honeywell") and Deposco, Inc. ("Deposco") hereby stipulate as follows:

1. CCI filed its initial Complaint on July 18, 2019.

2. Intelligrated and Honeywell filed a motion to dismiss the initial Complaint pursuant to Rule 12(b)(3) and 12(b)(6) on September 20, 2019.

3. Deposco filed a motion to dismiss the initial Complaint pursuant to Rule 12(b)(3) and 12(b)(6) or, in the alternative, motion to transfer venue on September 30, 2019.

4. CCI filed a First Amended Complaint ("FAC") on October 11, 2019.

5. Intelligrated and Honeywell filed a notice of withdrawal of their motion to dismiss the initial Complaint pursuant to Rule 12(b)(6) on October 17, 2019.

6. Deposco filed a notice of withdrawal of its motion to dismiss the initial Complaint pursuant to Rule 12(b)(3) and 12(b)(6) or, in the alternative, motion to transfer venue on October 18, 2019.

7. Intelligrated and Honeywell shall file a notice of withdrawal of their entire motion to dismiss the initial Complaint, pursuant to both Rule 12(b)(3) and 12(b)(6), by or on October 25, 2019.

8. The current deadline to file a response to the FAC is October 25, 2019.

9. CCI agrees to extend the time for Intelligrated, Honeywell and Deposco to file a response to the FAC up to and including November 8, 2019.

Dated: October 24, 2019        ARONOWITZ SKIDMORE LYON

By: *[s] Kathleen C. Lyon* (as authorized on 10/24/19)
Kathleen C. Lyon
Attorneys for Plaintiff
ClipperCreek, Inc.

2
STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT;
[PROPOSED] ORDER

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

Dated: October 24, 2019   GORDAN REES SCULLY MANSUKHANI LLP

By: */s/ Douglas Smurr* (as authorized on 10/24/19)
    Gary J. Lorch
    Douglas Smurr
    Attorneys for Defendant
    Deposco, Inc.

Dated: October 24, 2019   DYKEMA GOSSETT LLP

By: */s/ Hakop Stepanyan*
    Ashley R. Fickel
    Hakop Stepanyan
    Attorneys for Defendants
    Intelligrated Systems, LLC and Honeywell
    International, Inc.

**IT IS SO ORDERED.**

**Dated: October 28, 2019**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT;
[PROPOSED] ORDER

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2019, the foregoing document was filed and served electronically using the CM/ECF system and served by U.S. Mail on anyone unable to receive a notice of electronic filing.

*/s/ Hakop Stepanyan*

**DYKEMA GOSSETT LLP**
**400 RENAISSANCE CENTER**
**DETROIT, MICHIGAN 48243**